UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE HARPER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-10461-FMO-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, including the May 7, 2025 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").  This Court agrees with, accepts, approves and adopts the Report and Recommendation and the findings therein.

　　　Accordingly, this Court dismisses the operative First Amended Complaint on which Plaintiff has elected to stand, and this action without further leave to amend and directs the Clerk to enter Judgment accordingly.

　　　IT IS SO ORDERED.

DATED: June 30, 2025

　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　HONORABLE FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE