JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MAURICE HARPER, | Case No. 2:24-cv-10461-FMO-JC |
|---|---|
| Plaintiff, | |
| v. | |
| STATE OF CALIFORNIA, et al., | JUDGMENT |
| Defendants. | |

Pursuant to this Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, Judgment shall be entered in this action dismissing the operative First Amended Complaint on which Plaintiff has elected to stand and this action without leave to amend.

IT IS SO ADJUDGED.

DATED: June 30, 2025

_____/s/_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE